**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 7** |
| **Raymond R. Spellbrink** | ) | |
| **Cindy A. Spellbrink** | ) | **08-72960** |
| | ) | |
| **Debtors** | ) | **Judge Gorman** |
| | ) | |

_____

_____

## MOTION TO VACATE ORDER DENYING MOTION TO REDEEM

Now comes the Debtors, Raymond and Cindy Spellbrink, through her attorneys, Legal Helpers to present their Motion to Vacate Dismissal, and in support thereof state as follows:

1.    On November 25, 2008, the Debtors filed a case under Chapter 7.

2.    The Debtors filed a Motion  to Redeem their vehicle.

3.    No Objections we filed.

4.    The Debtors' attorney filed a proposed order for redemption which was

denied as deficient.

4.    The Debtors attorney has re-submitted a corrected proposed order

correcting the errors on the order.

WHEREFORE, Guillermo F. Geisse, one of Debtor's attorneys, hereby

requests that this Honorable Court issue an order vacating the Order denying the Motion

for Redemption entered in April, 2009.

Respectfully Submitted,


/s/ Guillermo F. Geisse
Guillermo F. Geisse, J.D.
ARDC# 6237147

515 Olive St. #702
St. Louis, MO 63101

## CERTIFICATE OF SERVICE

I, Guillermo F. Geisse, do hereby certify that I served a copy of this Notice along with the attached Motion upon the parties listed on the service list below, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from Olive & Broadway, St. Louis, Missouri, before the hour of 5:30 p.m. on April 21, 2009.

/s/ Guillermo F. Geisse
Guillermo F. Geisse
Legal Helpers
515 Olive St. #702
St. Louis, MO 63101

Office of the US Trustee
Becker Building Rm 1100
401 Main
Peoria, IL 61602
(electronic)

Swartz, John L.
PO Box 2117
1 W. Old State Capitol Plaza
Springfield IL  62705
(electronic)

Mr. & Mrs.  Spellbrink
2751 S. 4th St Apt. J
Springfield  IL 62703

Toyota Motor Credit
P.O. Box 5855
Carol Stream IL 60197